■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE MITCHELL, Appellant. [750 NYS2d 513] —Appeal by the defendant from a judgment of the County Court, Westchester County (Leavitt, J.), rendered February 7, 2001, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Altman, J.P., S. Miller, McGinity, Schmidt and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL NUNEZ, Appellant. [750 NYS2d 516] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 6, 2000 (People v Nunez, 270 AD2d 289), affirming a judgment of the Supreme Court, Queens County, rendered December 16, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745). Ritter, J.P., O'Brien, Goldstein and H. Miller, JJ., concur.